United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>Armengol Alfonso Cevallos Diaz,<br>Jose Melquiades Cisneros Alarcon,<br>Defendants. | )<br>)<br>)<br>)<br>)  Criminal Case No. 19-20284-CR-Scola<br>)<br>)<br>)<br>) |

### Order Continuing Trial

**This Cause** came before the Court on Defendant Cevallos-Diaz's Unopposed Motion to Continue Trial, filed June 13, 2019. The Court has considered the Motion, the arguments presented by Counsel, and being otherwise fully advised, it is

**Ordered and Adjudged** that Defendant Cevallos-Diaz's Motion (**ECF No. 27**) is **granted**. The trial date is continued as to **both defendants**. The interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial. As a result, the period of delay resulting from this continuance — *i.e.*, from the date the Motion was filed, **June 13, 2019**, to and including the date trial commences — is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7).

The Above Cause is hereby set for **Jury Trial** before the Honorable Robert N. Scola, Jr., United States District Judge, at **400 North Miami Avenue, Courtroom 12-3, Miami, Florida,** during the two-week trial period that begins on **Tuesday**, **October 15, 2019 at 9:00 a.m.** A calendar call will be held on **Tuesday, October 8, 2019 at 8:30 a.m.** at the same location. **All counsel and defendants are required to be present at the calendar call.**

**Done and Ordered** in Chambers at Miami, Florida, on June 14, 2019.

_____
**Robert N. Scola, Jr.**
**United States District Judge**

cc:   counsel of record