UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

   -against-

JOSE MELQUIADES CISNEROS ALARCON,

      Defendant,

CASE NO.: 19-20284-CR-SMITH

EMPRESA PÚBLICA DE HIDROCARBUROS
DEL ECUADOR – EP PETROECUADOR,

      Petitioner Victim.

      /

## PETITIONER VICTIM PETROECUADOR'S MOTION FOR RECOGNITION OF ITS RIGHTS AS A VICTIM AND ENTITLEMENT TO RESTITUTION

Empresa Pública de Hidrocarburos del Ecuador - EP Petroecuador ("Petroecuador"), respectfully moves this Court, pursuant to the Mandatory Victims Restitution Act ("MVRA"), 18 U.S.C. §§ 3663 *et seq*., the Crime Victims' Rights Act ("CVRA"), 18 U.S.C. § 3771, and Rule 32(c)(1)(B) Fed. R. Crim. P., for an Order recognizing its rights as a victim and its entitlement to restitution from Defendant José Melquiades Cisneros Alarcón ("Cisneros").

As set forth in the accompanying Memorandum of Law, Cisneros' Factual Proffer in Support of Guilty Plea [DE-46] sets forth facts sufficient to establish Petroecuador's entitlement to victim status under both the MVRA and CVRA. Due to the complexity of this case, Petroecuador is requesting post-sentencing proceedings to ascertain the amount of its losses caused by this Defendant Cisneros and his co-conspirators. For example, the Factual Proffer describes how from 2013-2015, Defendant Cisneros participated in an illegal bribery scheme to illegally procure Petroecuador contracts for at least two separate vendors, including GalileoEnergy, S.A.

and another unnamed "Ecuadorian oil services company." Factual Proffer at 3 [DE-46]. During that period of time, these vendors received at least 33 separate contracts as part of the illegal bribery scheme. Petroecuador needs the requested 60 days following Cisneros's sentencing to identify all of the contracts connected to Cisneros so it can identify all the corruption-induced contracts connected to him and determine its amount of damages in this complex illegal bribery scheme.

WHEREFORE Petroecuador respectfully moves this Court for an order, granting Petroecuador's Motion for Recognition of its Rights as Victim under both the MVRA and CVRA and Entitlement to Restitution, or to allow full briefing and an evidentiary showing in support thereof.

Dated: October 25, 2019

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP
200 South Biscayne Boulevard, Suite 4700
Miami, FL 33131

By: /s/ Raúl B. Mañón_____
    Raúl B. Mañón (FBN 18847)
    Telephone: (305) 577-7055
    Facsimile: (305) 577-7001
    E: raul.manon@squirepb.com

*Counsel for Victim Petitioner*
*Empresa Pública de Hidrocarburos del Ecuador – EP Petroecuador*

Of counsel

Franklin Monsour
Admitted in New York (*pro hac vice* pending)
SQUIRE PATTON BOGGS (US) LLP
30 Rockefeller Plaza, 23rd Floor
New York, New York 10112
T.: 212 872 9800
Facsimile: 212 872 9815
E: Franklin.monsour@squirepb.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of October, 2019, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system.

*/s/ Raúl B. Mañón*
Raúl B. Mañón