**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 19-cr-20284-SMITH**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.

**JOSE MELQUIADES CISNEROS ALARCON,**

    **Defendant.**

_____/

**DEFENDANT'S SUPPLEMENT TO SENTENCING MEMORANDUM AND
REQUEST FOR A REASONABLE SENTENCE**

Defendant, **JOSE MELQUIADES CISNEROS ALARCON ("Mr. Cisneros")**, by and through undersigned counsel, files this Supplement to his Sentencing Memorandum and Request for a Reasonable Sentence and moves this Court, pursuant to 18 U.S.C. § 3553(a), to impose a reasonable sentence, all facts and circumstances considered and, as grounds therefore, states:

1. On October 14, 2019, Mr. Cisneros filed his initial Sentencing Memorandum and Request for a Reasonable Sentence. (D.E. 58).[1]

2. On October 17, 2019, the Government filed its Position on Sentencing and Objections and Clarifications to Presentence Investigation Report. (D.E. 60).

3. On October 28, 2019, shortly before Sentencing was scheduled to commence, this Court granted Mr. Cisneros' Unopposed Motion to Continue the Sentencing hearing based upon his (then current and continuing) cooperation against his co-defendant, Armengol Alfonso Cevallos Diaz ("Cevallos"). (D.E. 70). At that time, Cevallos' case was still set for trial.

---

[1] We note that, on page 3 of Mr. Cisneros's initial Sentencing Memorandum, the undersigned incorrectly calculated Mr. Cisneros' total offense level at thirty-one (31), instead of twenty-nine (29)—because U.S.S.G. § 2C1.1(b)(1) does not apply per the Plea Agreement. As such, Mr. Cisneros requests his advisory guideline range begin at 87 to 108 months imprisonment.

4.      On January 23, 2020, (we presume) with the assistance of Mr. Cisneros' cooperation and (we likewise presume) based on other factors, Cevallos entered into a plea agreement with the Government. (D.E. 82).

5.      On February 6, 2020, the Government filed its Motion for Downward Departure pursuant to Section 5K1.1 of the United States Sentencing Guidelines and Section 3553(E) of Title 18 of the United States Code, recommending a reduction in Mr. Cisneros' sentence. (D.E. 90).

6.      Additionally, to avoid unwarranted sentencing disparities among defendants pursuant to 18 U.S.C. § 3553(a)(6), Mr. Cisneros supplements his initial Sentencing Memorandum (pgs. 4–8) with information regarding the recent sentencing of Frank Roberto Chatburn Ripalda ("Chatburn"), a defendant in a related case (18-cr-20312-MGC-1) for this Court's consideration. Chatburn, a financial services professional, facilitated $2,970,080.00 in bribes between an Argentinian business man and several Ecuadorian government officials of the state-owned and state-controlled oil company PetroEcuador. See <u>United States v. Chatburn Ripalda</u>, Factual Proffer in Support of Guilty Plea,18-cr-20312-MBC, Doc. 213 p. 1-2. Chatburn was also involved in the facilitation of a bribe paid for the benefit of an official of Oderbrecht S.A., a Brazilian construction conglomerate. <u>Id.</u> at 3-4. On December 18, 2019, Chatburn was sentenced to forty-two (42) months imprisonment, followed by three (3) years of supervised release.

**WHEREFORE**, Defendant, **JOSE MELQUIADES CISNEROS ALARCON**, prays that this Honorable Court will impose a reasonable sentence which will be "sufficient, but not greater than necessary" to achieve the goals enunciated in 18 U.S.C. § 3553(a).

    Respectfully submitted,

    **GRAYROBINSON, P.A.**
    333 S.E. 2nd Avenue
    Suite 3200
    Miami, Florida 33131
    Telephone #: (305) 416-6880
    Facsimile #: (305) 416-6887
    Attorney for Defendant
    Brian.Bieber@gray-robinson.com

    By: s/Brian H. Bieber
        BRIAN H. BIEBER
        Florida Bar No. 8140

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 18th, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    s/Brian H. Bieber
    BRIAN H. BIEBER